Erastus Colvin, *Respondent*, *v.* The Courier Company, *Appellant.* — Judgment affirmed. Opinion by Davis, P. J.

In the Matter of Lewis Roberts.— Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Brady, J.

Sarah Ann Green, *Respondent*, *v.* James W. Elwell, *Appellant.* — Judgment affirmed. Opinions by Davis, P. J., and Brady, J.

Jacob Simon, *as Administrator, etc., Appellant, v.* James Flannagan and others, *Respondents.* — Judgment affirmed. Opinion by Brady, J.

Catharine H. Marx, *Appellant, v.* Edward McGlynn, *Executor, etc.,* and others, *Respondents.* — Order affirmed, with costs to the parties to be paid out of the fund. Opinion by Daniels, J.

The People of the State of New York *ex rel.* William Ryan, *Appellant, v.* The Board of Police Commissioners of the City of New York, *Respondents.* — Order affirmed. Opinion by Brady, J.

The People of the State of New York *ex rel.* Julia C. Shaw, *Appellant, v.* John McCarty and others, *Respondents.* — Proceeding reversed, with costs to the relator. Opinion by Daniels, J.

Paul Zeiser, *Respondent, v.* International Navigation Company, *Appellant.* — Order affirmed, without costs, and with permission to defendant to answer in twenty days on payment of costs of the demurrer. Opinion by Daniels, J.

William R. Travers and another, *Executors, etc., Respondents, v.* John McB. Davidson, *as Executor, etc., Appellant, Impleaded, etc.* — Judgment modified as directed in opinion, and as modified affirmed, without costs to either party. Opinion by Daniels, J.

Eliza Jane Christy, *Respondent, v.* Homœopathic Life Insurance Company, *Appellant.* — Judgment affirmed, with costs. Opinion by Brady, J.

Francis Blackburne, Jr., *Respondent, v.* Ferdinand Weisgerber, *Appellant, Impleaded, etc.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.